918.

M. P. No. 1283. NICHOLAS A. PALMIGIANO v. STATE. Petition for leave to file motion for new trial denied without prejudice to right of petitioner to raise issue presented at the hearing on the bill of exceptions. *Nicholas A. Palmigiano,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1289. JOHN R. DOHERTY v. STATE. Motion for a speedy trial is denied without prejudice to right of petitioner to renew the motion if proceedings to obtain his presence for trial in Superior Court are not commenced forthwith by the Attorney General. *John R. Doherty,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1307. GERALD MASTRACCHIO v. RONALD R. LAGUEUX. *Justice of Superior Court.* Petition for writ of mandamus denied. *Gerald Mastracchio,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney, General, for respondent.

M. P. No. 1327. DOLORES Y. LAVALLEE, *Adm'x v.* LAW LEASING CORPORATION *et al.* Denial of motion for summary judgment is interlocutory in nature and not finally dispositive of the case and not ordinarily appealable. Any error in the denial is rendered harmless by a fair determination of the merits at trial. See Kent, *R. I. Civ. Prac.,* §56.12. Petition for writ of certiorari denied. *Moses Kando,* for plaintiff-respondent. *Martin M. Zucker,* for defendants-petitioners.

M. P. No. 1328. GERALD MASTRACCHIO v. STATE. Petition for leave to file motion for new trial denied. *Gerald Mastracchio,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.